# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN F. SLIGAR, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00403-KJD-PAL |
| vs. | ) **ORDER** |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) |
| Defendant | ) |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last Order on Stipulation (Dkt. #28) filed June 19, 2012, extending discovery deadlines required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than November 7, 2012. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., January 3, 2013.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 12th day of December, 2012.

_____
Peggy A. Leen
United States Magistrate Judge