# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN F. SLIGAR,<br><br>            Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>            Defendant | Case No. 2:11-cv-00403-KJD-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last Order on Stipulation (Dkt. #28) filed June 19, 2012, extending discovery deadlines required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than November 7, 2012. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., January 3, 2013.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 12th day of December, 2012.

                                                           Peggy A. Leen<br>
                                                           United States Magistrate Judge